# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ARTHUR I. RADCLIFF,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  2:14-cv-01868-RDP |
| ) | |
| **ALABAMA STATE BOARD OF** ) | |
| **EDUCATION, et al.,** ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

On October 30, 2014, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. Plaintiff filed objections to the Magistrate Judge's Report and Recommendation on November 17, 2014. In his objections, Plaintiff asks that the district court dismiss the entire case without prejudice.

After careful consideration of the record in this case, the Magistrate Judge's Report and Recommendation, and Plaintiff's objections thereto, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that this action dismissed in part with prejudice and in part without prejudice.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE** and **ORDERED** this  21st   day of November, 2014.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE